Case 1:23-cr-00163-JLT-SKO Document 3 Filed 08/17/23 Page 1 of 2

**SEALED**

FILED
Aug 17, 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

PHILLIP A. TALBERT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br>v.<br><br>JOSEPH MARCUS SILVA,<br><br>               Defendant. | CASE NO. 1:23-cr-00163-JLT-SKO<br><br>MOTION AND PROPOSED ORDER TO SEAL INDICTMENT |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on August 17, 2023 charging the above defendant with violations of 18 U.S.C. § 842(i) – Felon in Possession of Explosive Materials; 18 U.S.C. § 922(g)(1) – Felon in Possession of Ammunition; 18 U.S.C. §§ 842(j), 844(b) – Improper Storage of Explosives; 26 U.S.C § 5861(d) – Possession of Unregistered Firearm (4 Counts); 26 U.S.C. § 5861(f) – Manufacture of Destructive Device (3 Counts); 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) – Criminal Forfeiture, be kept secret until the defendant named in this Indictment is either in custody or has been given bail on these offenses; and further order that until such time as the defendant is in custody or has been given bail, that no person shall

disclose the finding of the Indictment or any warrants issued pursuant thereto, except when necessary for the issuance and execution of the warrants.

DATED: August 17, 2023                Respectfully submitted,

                                      PHILLIP A. TALBERT
                                      United States Attorney

                        By    /s/ KAREN A. ESCOBAR
                                      KAREN A. ESCOBAR
                                      Assistant U.S. Attorney


IT IS SO ORDERED.


DATED:  August 17, 2023           _____
                                      BARBARA A. MCAULIFFE
                                      U.S. Magistrate Judge