PHILLIP A. TALBERT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000

**FILED**
Aug 22, 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. JOSEPH MARCUS SILVA, Defendant. | CASE NO: 1:23-CR-00163-JLT-SKO [~~PROPOSED~~] ORDER TO UNSEAL INDICTMENT |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the indictment in the above-captioned matter be, and is, unsealed.

Dated: August 22, 2023

The Honorable Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

[~~PROPOSED~~] ORDER TO UNSEAL INDICTMENT