PHILLIP A. TALBERT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH MARCUS SILVA,<br><br>Defendant. | CASE NO. 1:23CR00163 JLT SKO<br><br>ORDER STAYING RELEASE ORDER |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the order of U.S. Magistrate Judge Erica P. Grosjean releasing the defendant is stayed pending consideration and disposition of the government's revocation motion.

IT IS SO ORDERED.

Dated:  **August 28, 2023**

_____
UNITED STATES DISTRICT JUDGE

[~~Proposed~~] Sealing Order