HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
JOSEPH MARCUS SILVA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:23-cr-00163-JLT-SKO |
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER** |
| vs. | |
| JOSEPH MARCUS SILVA, | Date:   March 20, 2024 |
| Defendant. | Time:  1:00 p.m. |
| | Judge: Hon. Sheila K. Oberto |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorneys Karen Escobar, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for Joseph Silva, that the status conference currently scheduled for November 15, 2023, at 1:00 p.m. may be continued to March 20, 2024, at 1:00 p.m.

An Indictment issued in this case on August 17, 2023. *See* Dkt. #1. Mr. Silva made his initial appearance in this matter on August 22, 2023. *See* Dkt. #7. On August 25, 2023, the matter was set for a first status conference to occur on November 15, 2023. *See* Dkt. #15. The parties are requesting that the matter be continued for a second status conference to occur on March 20, 2024.

The parties agree and stipulate, and request that the Court find the following. The government has provided initial discovery in this matter. Additional discovery was provided on

1    November 1, 2023. In addition, the government conveyed an offer as of November 3, 2023. The

2    defense is in the process of reviewing the initial discovery, conducting further investigation, and

3    discussing the matter with his client. For these reasons, the defense requires additional time to

4    discuss the case with his client, to conduct any further investigation and research, and to

5    participate in any plea negotiation discussions with the government. The requested continuance

6    will conserve time and resources for the parties and the Court. Counsel for defendant believes

7    that failure to grant the above-requested continuance would deny him the reasonable time

8    necessary for effective preparation, taking into account the exercise of due diligence. The

9    government does not object to the continuance.

10           Based on the above-stated findings, the ends of justice served by continuing the case as

11   requested outweigh the interest of the public and the defendant in a trial within the original date

12   prescribed by the Speedy Trial Act. For the purpose of computing time under the Speedy Trial

13   Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November

14   15, 2023, to March 20, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C. §§

15   3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by

16   the Court at defendant's request on the basis of the Court's finding that the ends of justice served

17   by taking such action outweigh the best interest of the public and the defendant in a speedy trial

18                                          Respectfully submitted,

19                                          PHILLIP A. TALBERT
                                            United States Attorney
20

21   Date: November 8, 2023               */s/ Karen Escobar*
                                            KAREN ESCOBAR
22                                          Assistant United States Attorney
                                            Attorney for Plaintiff
23

24                                          HEATHER E. WILLIAMS
                                            Federal Defender
25

26   Date: November 8, 2023               */s/ Reed Grantham*
                                            REED GRANTHAM
27                                          Assistant Federal Defender
                                            Attorney for Defendant
28                                          JOSEPH SILVA

1

**O R D E R**

2       **IT IS SO ORDERED.** The time period to March 20, 2024, inclusive, is deemed

3   excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv) because it

4   results from a continuance granted by the Court at defendant's request on the basis of the Court's

5   finding that the ends of justice served by taking such action outweigh the best interest of the

6   public and the defendant in a speedy trial. The status conference currently scheduled for

7   November 15, 2023, at 1:00 p.m. is hereby continued to March 20, 2024, at 1:00 p.m.

8

9

10   Date: 11/8/2023                                *Sheila K. Oberto*

11                                                  Hon. Sheila K. Oberto
                                                    United States Magistrate Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28