HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
JOSEPH MARCUS SILVA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:23-cr-00163-JLT-SKO |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE;** |
| vs. | Date:  June 5, 2024 |
| JOSEPH MARCUS SILVA, | Time:  1:00 p.m. |
| Defendant. | Judge: Hon. Sheila K. Oberto |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorneys Karen Escobar, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for Joseph Silva, that the status conference currently scheduled for March 20, 2024, at 1:00 p.m. may be continued to June 5, 2024, at 1:00 p.m.

An Indictment issued in this case on August 17, 2023. *See* Dkt. #1. Mr. Silva made his initial appearance on August 22, 2023. *See* Dkt. #7. The parties agree and stipulate, and request that the Court find the following. The government has provided initial and supplemental discovery in this matter. The defense is in the process of reviewing this discovery, conducting further investigation and research, and is in the process of discussing all of the above with his client. The defense requires additional time to continue to conduct research, to review discovery, and to provide guidance to his client. Additionally, the government has conveyed an offer in the matter that undersigned counsel is discussing with his client.

The requested continuance will conserve time and resources for the parties and the Court. Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The government does not object to the continuance.

Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 20, 2024, to June 5, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: March 13, 2024        /s/ Karen Escobar
                            KAREN ESCOBAR
                            Assistant United States Attorney
                            Attorney for Plaintiff


                            HEATHER E. WILLIAMS
                            Federal Defender


Date: March 13, 2024        /s/ Reed Grantham
                            REED GRANTHAM
                            Assistant Federal Defender
                            Attorney for Defendant
                            JOSEPH SILVA

# **O R D E R**

**IT IS SO ORDERED.** The time period to June 5, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial. The status conference currently scheduled for March 20, 2024, at 1:00 p.m. is hereby continued to June 5, 2024, at 1:00 p.m.

Date: 3/13/2024

*Sheila K. Oberto*
Hon. Sheila K. Oberto
United States Magistrate Judge