HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
JOSEPH MARCUS SILVA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:23-cr-00163-JLT-SKO |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| vs. | |
| JOSEPH MARCUS SILVA, | Date:  July 31, 2024<br>Time:  1:00 p.m. |
| Defendant. | Judge: Hon. Sheila K. Oberto |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorneys Karen Escobar, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for Joseph Silva, that the status conference currently scheduled for June 5, 2024, at 1:00 p.m. may be continued to July 31, 2024, at 1:00 p.m.

The parties have reviewed the Court's May 23, 2024, Minute Order and have met and conferred regarding this matter. By way of background, an Indictment issued in this case on August 17, 2023. *See* Dkt. #1. Mr. Silva was then arrested and made his initial appearance on August 22, 2023. *See* Dkt. #7. Accordingly, this case has been pending for approximately nine months.

During that period of time, the government provided initial discovery, which totals 4,743 pages in paper discovery, as well as electronic data from multiple electronic devices. The defense has reviewed this initial discovery (and remains in the process of reviewing certain parts of it)

and has been, and is, conducting its own investigation. Notably, since the Indictment contains ten counts which allege the possession and manufacture of various devices, the defense has needed to consult with a technical expert to help interpret the discovery provided.

During this time, the government has also extended a plea offer for consideration. Counsel for the defense has discussed this offer with his client. However, Mr. Silva is currently in pretrial custody at the facility in Taft, which makes in-person meetings between counsel and Mr. Silva more difficult. Undersigned counsel has also informed government counsel that it is anticipated that further plea discussions would be productive once counsel for the defense has had sufficient time to finalize investigation and research into the relevant issues in this case. Undersigned counsel anticipates the need to review the devices in this case in-person and to have a further discussion with the defense expert. Once these tasks have been accomplished, it is anticipated that the parties can have a meaningful discussion regarding a resolution in this matter.

Accordingly, for all of the above reasons, it is respectfully requested that the June 5, 2024 status conference be continued to July 31, 2024. It is anticipated that this will provide the parties with sufficient time and opportunity to engage in meaningful plea discussions. In the event that the parties are not able to resolve this matter by the proposed July 31, 2024 status conference, the parties understand that they should be prepared to set a trial date at that time. This requested continuance will ultimately conserve time and resources for the parties and the Court. Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary to provide effective assistance to his client, taking into account the exercise of due diligence. The government does not object to the continuance.

Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period to July 31, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by the Court at

1  defendant's request on the basis of the Court's finding that the ends of justice served by taking

2  such action outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: May 28, 2024         */s/ Karen Escobar*
                           KAREN ESCOBAR
                           Assistant United States Attorney
                           Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: May 28, 2024         */s/ Reed Grantham*
                           REED GRANTHAM
                           Assistant Federal Defender
                           Attorney for Defendant
                           JOSEPH SILVA

## **O R D E R**

**IT IS SO ORDERED.** The time period to July 31, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial. The status conference currently scheduled for June 5, 2024, at 1:00 p.m. is hereby continued to July 31, 2024, at 1:00 p.m. If the parties have not resolved the matter by this date, the parties will be required to set a trial date at the July 31, 2024, status conference.

Date: 5/28/24              *Sheila K. Oberto*
                           Hon. Sheila K. Oberto
                           United States Magistrate Judge