HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
REED GRANTHAM, CA SBN #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
JOSEPH SILVA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSEPH SILVA,<br><br>Defendant. | Case No. 1:23-cr-00163-JLT-SKO<br><br>**STIPULATION AND ORDER TO VACATE STATUS CONFERENCE AND SET BRIEFING SCHEDULE AND HEARING DATE** |
|---|---|

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, Assistant United States Attorney Karen Escobar, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for Joseph Silva, that the status conference currently scheduled for July 31, 2024, at 1:00 p.m. may be vacated and that a briefing schedule and hearing date on a defense motion to dismiss may be set as follows:

- Defense motion to be filed on or before August 30, 2024
- Government opposition to be filed on or before September 13, 2024
- Any defense reply to be filed on or before September 24, 2024
- Motion hearing to be set on October 7, 2024, at 9:00 a.m. before the Honorable Jennifer L. Thurston, United States District Court Judge

The parties agree that the delay resulting from the continuance to October 7, 2024, shall be excluded under 18 U.S.C. § 3161(h)(1)(D) because the delay results from the filing of a

pretrial motion, through the conclusion of any hearing on the motion, and the prompt disposition of the motion. *See* 18 U.S.C. § 3161(h)(1)(D).

Respectfully submitted,

PHILLIP A. TALBERT
Acting United States Attorney

Date: July 19, 2024         */s/ Karen Escobar*
                            KAREN ESCOBAR
                            Assistant United States Attorney
                            Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: July 19, 2024         */s/ Reed Grantham*
                            REED GRANTHAM
                            Assistant Federal Defender
                            Attorney for Defendant
                            JOSEPH SILVA

# **O R D E R**

**IT IS SO ORDERED.** The status conference currently scheduled for July 31, 2024, at 1:00 p.m. is hereby vacated.

**IT IS FURTHER ORDERED THAT** a briefing schedule on the defense motion is hereby set in accordance with the above. The defense motion is to be filed on or before August 30, 2024. The government opposition is to be filed on or before September 13, 2024. Any defense reply is to be filed on or before September 24, 2024. A hearing on the motion is hereby set for October 7, 2024, at 9:00 a.m. before the Honorable Jennifer L. Thurston, United States District Court Judge.

Time shall be excluded to October 7, 2024, under 18 U.S.C. § 3161(h)(1)(D) because the delay results from the filing of a pretrial motion, through the conclusion of any hearing on the motion, and the prompt disposition of the motion.

Date: 7/19/2024

*Sheila K. Oberto*
Hon. Sheila K. Oberto
United States Magistrate Judge