MICHELE BECKWITH
Acting United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 1:23-CR-00163-JLT-SKO |
|---|---|
| Plaintiff, | |
| v. | *AMENDED* PRELIMINARY ORDER OF FORFEITURE |
| JOSEPH MARCUS SILVA, | |
| Defendant. | |

Based upon the plea agreement entered into between the United States of America and defendant Joseph Marcus Silva, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

1. Pursuant to 26 U.S.C. § 5872(a) and 28 U.S.C. § 2461(c), defendant Joseph Marcus Silva's interest in the following shall be condemned and forfeited to the United States of America, to be disposed of according to law:

   a. one silencer,
   b. one 3D printed destructive device similar to a military claymore mine, with the words "FRONT TOWARDS ENEMY" printed on it,
   c. components of glass device found in a safe,
   d. components of glass device found in a kitchen drawer, and
   e. one M67 military type grenade with components and glass device.

2. The above-listed property constitutes firearms involved in a violation of 26 U.S.C. § 5861(d) and (f).

1

*Amended* Preliminary Order of Forfeiture

3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the Bureau of Alcohol, Tobacco, Firearms and Explosives, in their secure custody and control.

4. a. Pursuant to 28 U.S.C. § 2461(c), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least thirty (30) consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 26 U.S.C. § 5872(a) and 28 U.S.C. § 2461(c), in which all interests will be addressed.

IT IS SO ORDERED.

Dated:   **March 19, 2025**

*(signature)*
UNITED STATES DISTRICT JUDGE

*Amended* Preliminary Order of Forfeiture