MICHELE BECKWITH
Acting United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>    v.<br><br>JOSEPH MARCUS SILVA,<br><br>              Defendant. | 1:23-CR-00163-JLT-SKO<br><br>FINAL ORDER OF FORFEITURE |

On November 21, 2024, this Court entered a Preliminary Order of Forfeiture and on March 19, 2025, entered an Amended Preliminary Order of Forfeiture pursuant to the provisions of 26 U.S.C. § 5872(a) and 28 U.S.C § 2461(c), based upon the plea agreement entered into between plaintiff and defendant Joseph Marcus Silva forfeiting to the United States the following property:

    a.   one silencer,
    b.   one 3D printed destructive device similar to a military claymore mine, with the words "FRONT TOWARDS ENEMY" printed on it,
    c.   components of glass device found in a safe,
    d.   components of glass device found in a kitchen drawer, and
    e.   one M67 military type grenade with components and glass device.

Beginning on March 29, 2025, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within 60 days from the first day of publication of the notice for a hearing to adjudicate the validity of

1   their alleged legal interest in the forfeited property.

2    The Court has been advised that no third party has filed a claim to the subject property, and the
3   time for any person or entity to file a claim has expired.

4    Accordingly, it is hereby ORDERED and ADJUDGED:

5    1. A Final Order of Forfeiture shall be entered forfeiting to the United States all right, title,
6   and interest in the above-listed property pursuant to 26 U.S.C. § 5872(a) and 28 U.S.C. § 2461(c),
7   including all right, title, and interest of Joseph Marcus Silva.

8    2. All right, title, and interest in the above-listed property shall vest solely in the name of the
9   United States of America.

10   3. The Bureau of Alcohol, Tobacco, Firearms and Explosives shall maintain custody of and
11  control over the subject property until it is disposed of according to law.

13  IT IS SO ORDERED.

15  Dated: June 6, 2025

         /s/ Jennifer L. Thurston
         HONORABLE JENNIFER L. THURSTON
         UNITED STATES DISTRICT JUDGE